THELMA R. CARMICHAEL, Respondent, v. BURTON L. CARNER, Doing Business under the Name of RIVERSIDE TAXI, Appellant.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.